*April 29, 2002*

## MOTION AND PROCEDURAL RULINGS

**2002–0415.   State ex rel. Pepple v. Montgomery.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition. Upon consideration of respondents' motion for stay of discovery pending ruling on motion to dismiss,

IT IS ORDERED by the court that the motion for stay of discovery be, and hereby is, granted. PFEIFER, J., dissents.

## MISCELLANEOUS DISMISSALS

**2002–0404.   Palco Investments Co. v. Springfield.**
Clark App. No. 2002CA22. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. It appears from the records of this court that appellants have not filed a memorandum in support of jurisdiction, due April 22, 2002, in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is dismissed, sua sponte.

*May 2, 2002*

## MERIT DECISIONS WITHOUT OPINIONS

**2002–0469.   State v. Orihel.**
Athens App. No. 01CA33. On review of order certifying a conflict. The court determines that no conflict exists. This cause is therefore dismissed.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.
RESNICK and PFEIFER, JJ., dissent.